TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-01-00597-CR







Howard Carroll, Jr., Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT


NO. 00-869-K277, HONORABLE DONALD HUMBLE, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's retained counsel has filed a motion to withdraw and for the appointment
of substitute counsel. The motion is dismissed and counsel is instructed to file his motion in the
district court. See Tex. Code Crim. Proc. Ann. art. 26.04 (West Supp. 2002); see also Patterson v.
Jones, 894 S.W.2d 370, 373 (Tex. Crim. App. 1995).

It is ordered September 25, 2002.


Before Justices Kidd, B. A. Smith & Yeakel

Do Not Publish